RECEIVED
IN MONROE, LA

JUN 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SUZANNE HAMMOND, ET AL. | CIVIL ACTION NO. 3:06-101 |
| versus | JUDGE JAMES |
| ST. FRANCIS MEDICAL CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT ~~ORDER~~

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 6)** filed by Franciscan Missionaries of Our Lady Health System, Inc. is **granted** and all claims against Franciscan Missionaries of Our Lady Health System, Inc. are **dismissed** for failure to state a claim upon which relief may be granted.

THUS DONE AND SIGNED in chambers at Monroe, Louisiana, this the 15 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE